1

FILED by _____ D.C.
APPEALS

JAN 1 0 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ENRIQUE ALVAREZ

Case No. 07-20374-CR-JLK

MIAMI, FLORIDA
November 20, 2007
VOLUME I

PAGE 1 TO 13

SENTENCING HEARING
BEFORE THE HON. JAMES L. KING, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

BARBARA J. THRONE, ESQ.
Assistant United States Attorney
99 N.E. 4th Street
Miami, FL  33132

FOR THE DEFENDANT:

HECTOR L. FLORES, ESQ.
Assistant Federal Public Defender
150 W. Flagler Street - Suite 1500
Miami, FL  33130

REPORTED BY:

DAVID S. EHRLICH, RPR
Official Court Reporter
301 N. Miami, Room 504
Miami, Florida 33128-7788
(305) 523-5537

Proceedings recorded by mechanical stenography, transcript
produced by computer-aided transcription(CAT).