295

FILED by _____ D.C.
APPEALS

JAN 1 1 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   ) Case No.
                            ) 07-20374-Cr-KING
            Plaintiff,      )
                            )
      -v-                   )
                            )
MIRIAM GIL, ENRIQUE ALVAREZ )
and OSVEL FIGUEREDO,        )
                            ) Miami, Florida
            Defendants.     ) August 22, 2007
_____) 9:40 a.m.

VOLUME 3 of 3 - Pages 295-435

TRANSCRIPT OF TRIAL PROCEEDINGS

BEFORE THE HONORABLE JAMES LAWRENCE KING

U.S. DISTRICT JUDGE

APPEARANCES:

For the Government         BARBARA JEAN THRONE
                           Assistant U. S. Attorney
                           99 Northeast 4th Street
                           Miami, Florida  33132

For Defendant Gil          MICHAEL H. BLACKER, ESQ.
                           701 Brickell Avenue
                           Miami, Florida  33131

For Defendant Alvarez      HECTOR L. FLORES, AFPD
                           150 West Flagler Street
                           Miami, Florida  33130

For Defendant Figueredo    JOSE R. BATISTA, ESQ.
                           7171 Coral Way - Suite 400
                           Miami, Florida  33155

                           (Interpreters present)

OFFICIAL COURT REPORTER:   WILLIAM G. ROMANISHIN, RMR-CRR
(305) 523-5558             301 North Miami Avenue - 11th Floor
                           Miami, Florida  33128

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT